UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MONTGOMERY,<br><br>  Plaintiff,<br><br>  v.<br><br>MADERA DEPT. OF CORRECTIONS, et al.,<br><br>  Defendants. | No. 1:23-cv-00919-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 10) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 28, 2023, the Court screened Plaintiff's first amended complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 10.) Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **November 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1