UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MONTGOMERY,<br><br>    Plaintiff,<br><br>  v.<br><br>MADERA DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants. | No. 1:23-cv-00919-JLT-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF AN AMENDED PRISONER CIVIL RIGHTS COMPLAINT FORM AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 17) |

  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  Currently before the Court is Plaintiff's response to the Court's December 15, 2023, order granting her thirty days to file a second amended complaint, filed January 11, 2024. (ECF No. 17.) Plaintiff submits that she is having difficulty in obtaining a copy of a civil rights complaint form and is in need of additional time to file a second amended complaint. (Id.)

  On the basis of good cause, it is HEREBY ORDERED that:

1.  The Clerk of Court shall send Plaintiff an amended prisoner civil rights complaint form;

2.  Within **thirty (30)** days from the date of service of this order Plaintiff shall file a second amended complaint in compliance with the Court's September 28, 2023,

1

screening order; and

3. Failure to comply with this order will result in a recommendation to dismiss the action for failure to state a cognizable claim for relief, failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: __January 12, 2024__

UNITED STATES MAGISTRATE JUDGE